**Jerry YANTZI and Beverly Yantzi, Respondent,**

v.

**Willard S. NORTON and Norton & Schmidt Consulting Engineers, Inc., Appellant.**

**No. WD 53950.**

Missouri Court of Appeals, Western District.

June 9, 1998.

Motion for Rehearing and/or Transfer to Supreme Court July 28, 1998.

Application to Transfer Denied Sept. 22, 1998.

Don B. Roberson, Kansas City, for appellant.

David M. Peterson, Steven M. Sprenger, Kansas City, for respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### *ORDER*

**PER CURIAM.**

Defendants Willard S. Norton and Norton & Schmidt Consulting Engineers, Inc. appeal the denial of their motion to set aside the trial court's order reinstating the jury verdict in favor of the plaintiffs without first deducting the amount of the plaintiff's settlement with another party. We find no abuse of discretion by the trial court. Because a published opinion would have no precedential value, we affirm by this summary order but have supplied the parties with a memorandum setting forth our reasoning. Rule 84.16(b).